Emmanuel C. Akudinobi, SBN 188903
epcakudinobi@yahoo.com
Chijioke O. Ikonte, SBN 206203
cikonte@yahoo.com
LAW OFFICES OF AKUDINOBI & IKONTE
3435 Wilshire Blvd., Suite 1520
Los Angeles, CA 90010
Tel. (213) 387-0869
Fax (213) 387-0969

Attorneys for Plaintiffs:
MF, Danielle Fierro

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CLAIFORNIA – WESTERN DIVISION

| | |
|---|---|
| Danielle Fierro, MF by and through her guardian ad litem Danielle Fierro<br><br>Plaintiffs,<br><br>vs.<br><br>Los Angeles Police Department; Lt. Mike Rippe # 33073; Det. Acosta # 38609; Det. Castaneda # 35339; and DOES 1-10,<br><br>Defendants. | CASE NO.<br><br>**COMPLAINT FOR DAMAGES AND REQUEST FOR JURY TRIAL** |

Plaintiffs, Danielle Fierro and MF through her guardian ad litem Danielle Fierro (hereinafter Plaintiffs) allege as follows:

**I**

**PARTIES**

1.) The Plaintiffs, are individuals, of Hispanic descent, and at all times relevant herein were residents of the City of San Dimas, Los Angeles County, California;

**COMPLAINT FOR DAMAGES**                                                          1

2.) The Los Angeles Police Department is a municipal agency of the entity City of Los Angeles, and at all times relevant was operating pursuant to its customs, policies, usages and practices;

3.) The defendant, Lt. Mike Rippe, is employed by the municipal agency, Los Angeles Police Department and at all times relevant herein, was acting under the color of the law of the powers conferred on him by the City of Los Angeles;

4.) The defendant, Det. Acosta, is employed by the municipal agency, Los Angeles Police Department and at all times relevant herein, was acting under the color of the law of the powers conferred on him by the City of Los Angeles;

5.) The defendant, Det. Castaneda, is employed by the municipal agency, Los Angeles Police Department and at all times relevant herein, was acting under the color of the law of the powers conferred on him by the City of Los Angeles;

6.) The defendants sued herein as DOES 1-10 are persons whose current identities are unknown to plaintiffs, but who in some shape or form contributed to the facts that led to this lawsuit. Hence the decision to sue them in their DOE capacity. The Plaintiffs hereby reserve the right to amend their complaint to sue the DOE defendants in their real names and capacities once ascertained.

7.) All the events that led to this lawsuit took place in the City of San Dimas, County of Los Angeles, State of California.

## II

## JURISDICTION

7.) The court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343 because the case presents a question arising under the Constitution and laws of the United

**COMPLAINT FOR DAMAGES**   2

States. The Court has supplemental jurisdiction to the common law claims pursuant to 28 *U.S.C.* § 1367.

## III

## VENUE

8.) The claims alleged herein arose from events or omissions occurring in the County of Los Angeles and both the entity and the individual named party defendants have their primary place of business as City of Los Angeles, County of Los Angeles. Therefore, venue lies within the Central District of California pursuant to 28 *U.S.C.* § 1391(b)(2).

## FACTS COMMON TO ALL CAUSES OF ACTION

9.) The Plaintiffs are informed and thereon allege that a male Hispanic by name Guiterrez, Alvarez or Erik Francisco who was born on October 11, 2003, who is 6 feet 1 inch tall, weighing about 200 pounds with black hair and brown eyes was involved in a felony together with Emily Jane Anderson, a Caucasian female who was born on May 7, 2005, 5 feet 9 inches tall, weighing 140 pounds with blonde hair and blue eyes.

10.) Plaintiffs are further informed and believe and thereon allege that the persons identified in the preceding paragraphs used firearms in commission of a felony.

11.) At all times relevant to this lawsuit, the Plaintiffs lived at 650 East Bonita #1108, San Dimas, CA 91773 ("apartment"). The adult Plaintiff lived at the above address with her husband, the minor child and her younger siblings.

12.) During the early morning hours of April 25, 2023, after plaintiff Danielle Fiero's husband left for work, the individual named party defendants and each of them, descended on the Plaintiffs allegedly to serve a search and arrest warrant.

13.) On the said date and time, the adult Plaintiff, was 35 years and her minor daughter, was 13 years of age. Both are of Hispanic descent and other than for the fact that they are both female, they do not have any resemblance to the teenage Caucasian blue eyed blonde suspect described in the search warrant.

14.) The Plaintiffs neither knew, nor have they ever met the suspects sought by the defendants. Nor are the suspects related to them in any way.

15.) The Plaintiffs are informed and thereon allege that prior to April 25, 2023, the defendants and each of carried out a surveillance of the area in and around the apartment and by virtue of that surveillance knew the identities of the residents of the apartment.

16.) The Plaintiffs are informed and believe and thereon allege that despite the fact that the defendants and each of them knew the identities of the residents of their apartment, they used force to arrest and detain her and her 13 years old daughter during service of the search warrant.

17.) The defendants and each of them used such force on the Plaintiffs that they strained the shoulder of the adult Plaintiff while repeatedly pointing their guns on the Plaintiffs.

18.) On October 25, 2023, the Plaintiffs presented their claims to the entity defendants. The entity defendants failed to respond to the tort claim within forty-five days. As at time of filing the lawsuit the entity defendants have not responded to the tort claim nor responded to plaintiffs inquiries on status of the tort claim.

**COMPLAINT FOR DAMAGES** 4

## FIRST CAUSE OF ACTION

## EXCESSIVE FORCE IN VIOLATION OF 42 U.S.C. § 1983

## ALL THE PLAINTIFFS AS AGAINST THE LOS ANGELES POLICE DEPARTMENT.

19.) The Plaintiffs hereby re-allege the allegations set forth in paragraphs 1-18 above and incorporate same by reference as if set in full.

20.) The Plaintiffs have secured to them by virtue of the Fourth Amendment to the United States Constitution, the right to be free from unreasonable seizures, including the use of excessive force.

21.) The Plaintiffs are informed and believe and thereon allege that the Los Angeles Police Department has a history of using excessive force against minorities and the Department's use of excessive force is pursuant to its long established, policies, customs, practices and usages.

22.) The Plaintiffs are also informed and believe that the policies, customs, practices and usages of the Police Department is manifested in its failures to adequately train, supervise, and investigate allegations of excessive force following internal affairs and other complaints, and/or its failures to discipline the affected officers, thereby condoning and ratifying their conduct.

23.) The Plaintiffs are also informed and believe that the Police Department was acting pursuant to its customs, practices, and usages, hence its refusal to investigate their complaint or inform them of the status of their claim for damages prior to their filing this lawsuit despite inquires to that effect.

24.) As an actual and proximate result of the Police Department's policies, customs, practices and usages, the Plaintiffs were damaged in an amount to be proved at trial.

## SECOND CAUSE OF ACTION

## EXCESSIVE FORCE IN VIOLATION OF 42 U.S.C. § 1983

## ALL THE PLAINTIFFS AS AGAINST THE INDIVIDUAL OFFICERS.

25.) The Plaintiffs hereby re-allege the allegations set forth in paragraphs 1-18 above and incorporate same by reference as if set in full.

26.) The Plaintiffs are informed and believe and thereon allege that at all times relevant herein, the individual named party defendants were acting under the colors of the law.

27.) The Plaintiffs are informed and believes and thereon alleges that the individual named party defendants and each of them violated their Fourth Amendment right to be free from unreasonable searches and seizures.

28.) The Plaintiffs are further informed and believe and thereon allege that the defendants by repeatedly pointing their loaded guns at them when they knew that they do not look anything like the female suspect and after which they have identified themselves and in full compliance with their commands was unreasonable and therefore excessive. The same goes with the force that was used in seizing the adult Plaintiff as to cause a shoulder strain.

29.) As an actual and proximate result of the defendants' unreasonable use of force on the Plaintiffs they were damaged in an amount subject to offer of proof at trial

## THIRD CAUSE OF ACTION

## ASSAULT

## ALL THE PLAINTIFFS AS AGAINST ALL DEFENDANTS.

30.) The Plaintiffs hereby re-allege the allegations set forth in paragraphs 1-29 above and incorporate same by reference as if set in full.

31.) The individual named party defendants based on the conduct alleged in the preceding paragraphs put the Plaintiffs and each of them in mortal fear of their lives by pointing their loaded guns on them when there was no need for that.

32.) The actions of the individual named party defendants were ratified and condoned by the entity defendant.

33.) As an actual and proximate cause of the above actions by the defendants and each of them, the Plaintiff were damaged in an amount subject to offer of proof.

## FOURTH CAUSE OF ACTION

## BATTERY

## DANIELLE FIERRO AS AGAINST ALL DEFENDANTS

34.) Plaintiff, Danielle Fierro, hereby re-alleges the allegations set forth in paragraphs 1-33 above and incorporate same by reference as if set forth in full.

35.) The defendants and each of them battered the Plaintiff by using such force on her that she suffered a shoulder strain.

36.) The Plaintiff neither consented to, nor did she by any conduct on her own part assume the risk of a shoulder strain.

37.) As an actual and proximate result of the actions of the defendants and each of them, the Plaintiff was damaged in an amount subject to the offer of proof.

## FIFTH CAUSE OF ACTION

## VIOLATION OF RALPH'S ACT (*CALIFORNIA CIVIL CODE* § 51.7) AGAINST ALL DEFENDANTS

38.) Plaintiffs hereby re-allege the allegations set forth in paragraphs 1-37 above and incorporate same by reference as if set in full here.

39.) The Ralph Act provides that persons have the right to be free from violence or threat of violence, committed against their persons or property due to, among other things, their gender and race.

40.) Plaintiffs are informed and believe and thereon allege that the violence and threat of violence that the defendants inflicted upon them was on account of their race.

41.) Plaintiffs are informed and believe and thereon allege that the violence and threat of violence that the defendants inflicted upon them was on account of their gender.

42.) As an actual and proximate result of the actions of the defendants and each of them, the Plaintiff was damaged in an amount subject to the offer of proof.

## SIXTH CAUSE OF ACTION

## INTERFERENCE WITH THE EXERCISE OF CIVIL RIGHTS IN VIOLATION OF THE BANE ACT (*CALIFORNIA CIVIL CODE* § 52.1) AGAINST ALL DEFENDANTS

43.) Plaintiffs hereby re-allege the allegations set forth in paragraphs 1 – 37 above and incorporates same by reference as if set in full here.

44.) By their actions as described above, defendants, acting in conspiracy and/or in concert, with threat, intimidation, and/or coercion, violated Plaintiffs' rights under the Bane Act and interfered with clearly established rights secured by the Constitution and laws of the United States and Constitution and laws of California. Defendants' actions have caused actual damages to the Plaintiffs within the meaning of *California Civil Code* §§ 52, 52.1

45.) The conduct of defendants described above was objectively unreasonable and was undertaken recklessly, intentionally, willfully, with malice, and with deliberate indifference to the rights of others.

46.) As an actual and proximate result of the actions of the defendants and each of them, the Plaintiff was damaged in an amount subject to the offer of proof.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray for the following relief:

1. For general and special damages;
2. For costs and reasonable attorneys' fees pursuant to 42 *U.S.C.* § 1988; *California Civil Code* § 51 *et seq*
3. For such other additional and further relief, the court may deem just and proper.

Dated: May 3, 2024                   Law Offices of Akudinobi & Ikonte

                                     BY: /s/ Emmanuel C. Akudinobi
                                             Emmanuel C. Akudinobi
                                             Chijioke O. Ikonte
                                             Attorneys for the Plaintiffs
                                             Danielle Fierro, *et al.*

**AKUDINOBI & IKONTE**
3435 Wilshire Blvd., Suite 1520
Los Angeles, CA 90010
Tel (213) 387-0869 • Fax (213) 387-0969